UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32024 |
|---|---|
| SHANNON L THOMPSON | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985410**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 22 | EMERGENCY MEDICINE SPECIALISTS<br>% NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA  19101 | 22.38 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2009

Certificate of Service 06-32024

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

SHANNON L THOMPSON
1310 W SECOND ST
XENIA, OH 45385

LEE A SLONE
BOX 3340
DAYTON, OH 45401

(22.1)
EMERGENCY MEDICINE SPECIALISTS
% NCO FINANCIAL SYSTEMS INC
BOX 41567
PHILADELPHIA, PA 19101

(22.3)
EMERGENCY MEDICINE SPECIALISTS
% NCO FINANCIAL SYSTEMS INC
1804 WASHINGTON BLVD DEPT 500
BALTIMORE, MD 21230

(27.1n)
RECOVERY MGT SYS CORP
ATTN RAMESH SINGH BK SPECIALIS
25 SE 2ND AVE STE 1120
MIAMI, FL 33131

Jeffrey M. Kellner BY \_\_\_/s/ Jeffrey M. Kellner_____ cs